FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2017 MAR -2 PM 1:09

UNITED STATES OF AMERICA

v.                              Case No.   3:17-cr-35-J-34JRK
                                Cts. 1-4:  18 U.S.C. § 2252(a)(2)
CHRISTOPHER JAYE BOYKIN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 25, 2012, at 11:19:57 p.m., in Jacksonville, in the Middle District of Florida, the defendant,

CHRISTOPHER JAYE BOYKIN,

did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, the visual depiction being specifically identified in the computer file titled "(pthc) NO BS_ ... BabyJ A++).wmv".

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT TWO

On or about June 25, 2012, at 11:24:27 p.m., in Jacksonville, in the Middle District of Florida, the defendant,

CHRISTOPHER JAYE BOYKIN,

did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, the visual depiction being specifically identified in the computer file titled "g 2011 ... Amazing!!.avi".

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).


## COUNT THREE

On or about July 15, 2012, in Jacksonville, in the Middle District of Florida, the defendant,

CHRISTOPHER JAYE BOYKIN,

did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, the

visual depiction being specifically identified in the computer file titled "yoGirl - Man ... Nosound.avi".

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT FOUR

On or about March 17, 2014, in Jacksonville, in the Middle District of Florida, the defendant,

CHRISTOPHER JAYE BOYKIN,

did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, the visual depiction being specifically identified in the computer file titled "XXX – Pthc ... rabbits.mpg".

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## FORFEITURE

1.  The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of the violation of 18 U.S.C. § 2252(a)(2) charged in Counts One through Four, the defendant, CHRISTOPHER JAYE BOYKIN, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his interest in:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter:

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Acting Chief, Jacksonville Division

FORM OBD-34
APR 1991  No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER JAYE BOYKIN

INDICTMENT

Violations:

Counts 1-4:   18 U.S.C. § 2252(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 2nd day
of March, 2017.

_____
Clerk

Bail  $_____

GPO 863 525