# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

Case No. 3:17-cr-35-J-34JRK

-vs-

**CHRISTOPHER JAYE BOYKIN**

Defense Atty.: Mark J. O'Brien, Esquire
AUSA: D. Rodney Brown, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 11/13/2017<br>2:07 p.m. - 2:41 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

## CLERK'S MINUTES

**PROCEEDINGS:**          **CHANGE OF PLEA**

Defendant placed under oath and questioned regarding Magistrate Judge conducting the plea hearing. Defendant consents.

Defendant advised of rights, charges, penalties, and special assessment.

Defendant entered pleas of guilty to Counts One through Four of the Indictment.

Court finds Defendant alert, intelligent, and willingly entered plea of guilty.

Counsel waive the 14 day objection period to the Report and Recommendation.

**Report and Recommendation to enter.**

Sentencing to be set by District Judge.

Bond shall remain in effect.

**FILED IN OPEN COURT:**
   **NOTICE REGARDING ENTRY OF A PLEA OF GUILTY**
   **NOTICE OF MAXIMUM PENALTIES**